UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/4/2021_____

UNITED STATES OF AMERICA,

-against-

HAMED ULLAH,

Defendant.

1:01-cr-01195 (MKV)

ORDER

MARY KAY VYSKOCIL, United States District Judge:

On motion by the Government [ECF No. 22], the specifications regarding Defendant's alleged violations of supervised release contained in the April 11, 2003 petition submitted to the Court by the Probation Department are DISMISSED.

In light of the dismissal, the August 4, 2021 hearing regarding the violations in this case is cancelled.

**SO ORDERED.**

Date:  **August 4, 2021**
       **New York, NY**

**MARY KAY VYSKOCIL**
**United States District Judge**